UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRENESSIA JOHNSON                                    CIVIL ACTION

VERSUS

PELICAN STATE CREDIT UNION                  NO. 24-00809-BAJ-EWD

### RULING AND ORDER

Before the Court is Plaintiff's "Motion to Dismiss Amended Answer, Counterclaim, and Request for Summary Judgment," ("Motion to Dismiss and for Summary Judgment," Doc. 38). Also before the Court is Plaintiff's "Motion to Leave and Amend Motion to Dismiss Amended Answer/Counterclaim/and Request for Summary Judgment" ("Motion for Leave to Amend," Doc. 46). The Motions are opposed. (Doc. 45; Doc. 50).

The Magistrate Judge issued a **Report And Recommendation (Doc. 68, the "Report")** recommending that the Court grant Plaintiff's Motion for Leave to Amend (Doc. 46) to the extent it was filed in an attempt to cure the procedural defects in Plaintiff's Motion to Dismiss and for Summary Judgment (Doc. 38). (Doc. 68 at 11). The Magistrate Judge further recommends that the Court deny Plaintiff's Motion for Leave to Amend (Doc.46) in all other respects, without prejudice. (Doc. 68 at 11).

Next, the Magistrate Judge recommends that the Court deny Plaintiff's Motion to Dismiss and for Summary Judgment (Doc. 38) without prejudice as premature to allow the parties to engage in discovery.

*T. Johnson - Certified Mail # 9589 0710 5270 2540 7309 87*

Finally, the Magistrate Judge recommends that the Court strike Defendant's Amended Response to Plaintiff's Statement of Material Facts (Doc. 52) from the record. (Doc. 68 at 11). There are no objections to the Report.

Having carefully considered Plaintiff's Complaint (Doc. 1), the underlying Motions (Doc. 38; Doc. 46), Defendant's Opposition to same (Doc. 45; Doc. 50), and the Magistrate Judge's Report (Doc. 68), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Leave to Amend (Doc. 46)** is **GRANTED** to the extent Plaintiff attempts to cure the procedural defects in Plaintiff's Motion to Dismiss and for Summary Judgment (Doc. 38). Plaintiff's Motion for Leave to Amend (Doc. 46) is denied in all other respects, without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion to Dismiss and for Summary Judgment (Doc. 38)** is **DENIED WITHOUT PREJUDICE** as premature.

**IT IS FURTHER ORDERED** that the Clerk of Court shall transmit this Ruling and Order to Plaintiff Trenessia Johnson by regular mail and by certified mail, return receipt requested, to the address listed on PACER.

Baton Rouge, Louisiana, this 8th day of September, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**